IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS DUANE STEPHENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for screening for treatment, filing 15, is granted Pretrial Services shall arrange for the screening.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge