```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )            4:07CR3142
                                )
         v.                     )
                                )
MARCUS DUANE STEPHENS,          )               ORDER
                                )
                  Defendant.    )
                                )
```

IT IS ORDERED:

Defendant's motion to restrict, filing 19, is granted and the clerk is directed to file defendant's motion to review detention, filing 20, as a restricted access document.

DATED this 21st day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge