IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,   ) | |
| ) | 4:07CR3142 |
| v.       ) | |
| ) | |
| MARCUS DUANE STEPHENS,       ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant.   ) | |
| ) | |

A hearing was held before me on May 6 and 7, 2008 on allegations made in the petition for action on conditions of pretrial release, filing 24. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition, the government sought detention. Defendant did not disagree but requested the court reconsider if NOVA readmits the defendant. I conclude that detention is appropriate, at least at this time.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 22, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED May 8, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge