# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARCUS DUANE STEPHENS,<br><br>                Defendant. | **4:07CR3142**<br><br>**ORDER** |

      Based on the information before the court, the defendant has violated the terms of his supervised release. The defendant has moved for placement at Bristol Station or CH pending a hearing on the petition. (Filing No. 84). Counsel for the government and Defendant's assigned probation officer are in support of the suggested placement.

      Upon consideration of the available options,

      IT IS ORDERED that the defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for May 17, 2016 at 12:30 p.m. in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge Richard G. Kopf.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional condition:

    a. When an opening becomes available at either residential reentry center Bristol Station or CH, the defendant will be placed at that facility under the community corrections component of the Bureau of Prisons for a period of up to 180 days. The defendant shall observe the rules of the RRC.

    b. If the defendant is discharged from the RRC facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law

      enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

   c.    The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

   d.    This order does not moot the pending petition for an offender under supervision.

Dated this 18th day of April, 2016.

                                        BY THE COURT:

                                        *s/ Richard G. Kopf*
                                        Senior United States District Judge