IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3108 |
| v. | ) | **ORDER** |
| TED SANCHEZ, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3092 |
| v. | ) | **ORDER** |
| CHRISTOPHER CECIL LEON EVANS, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:15CR3101 |
| v. | ) | **ORDER** |
| YUNIOR FLORES-VELIZ, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 4:07CR3142 |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| MARCUS DUANE STEPHENS, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 4:16CR3003 |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| JASIEL GONZALEZ RODRIGUEZ, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | 4:16CR3003 |
| ) | | |
| v. ) | | **ORDER** |
| ) | | |
| JOSE CARLOS TERRA ) | | |
| IZQUIERDO, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIGUEL ALFONSO RODRIGUEZ, )<br>)<br>Defendant. )<br>_____ ) | | 4:16CR3003<br><br>**ORDER** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL BROOKS LEETCH, )<br>)<br>Defendant. )<br>_____ ) | | 4:13CR3095<br><br>**ORDER** |

Because Judge Kopf is scheduled to be in trial in Omaha, Nebraska, the week of August 15, 2016,

IT IS ORDERED:

1. All hearings and proceedings in the above-captioned cases scheduled to be held in Lincoln, Nebraska, during the week of August 15, 2016, before Judge Kopf are continued until further order of the court;

2. Counsel for the government in each of the above-captioned cases is directed to place a telephone call with counsel for the defendant in each case to Judge

3

Kopf's judicial assistant, Kris Leininger, on or after August 23, 2016, to reschedule such hearings;

    3.    The Clerk of Court shall send a copy of this order to the U.S. Marshal.

DATED this 9th day of August, 2016.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge