IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS DUANE STEPHENS,<br><br>Defendant. | 4:07CR3142<br><br>**ORDER** |

On November 9, 2016, defendant appeared in person with his attorney, Jessica Milburn. The United States was represented by Sara Fullerton, Assistant U. S. Attorney. Upon accepting the defendant's admission of Allegation #1 contained in the Report to the Court for Offender Under Supervision (filing 68), the Court found that the defendant did violate his condition of supervision as alleged.

It is ordered that supervised release is not revoked. Defendant is sentenced to time served and the term and the terms of supervised release set forth in the original judgment (filing 53) remain the same. On motion of the Government, Allegation #2 contained in the Report for Offender Under Supervision is dismissed.

Dated this 9th day of November, 2016

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge